**Phillip KESSACK, Movant,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 94–SC–294–KB.**

Supreme Court of Kentucky.

June 23, 1994.

Philip D. Kessack, Manassas, for movant.

Bruce K. Davis, Executive Director, Kentucky Bar Ass'n, Frankfort, for respondent.

### *ORDER REINSTATING*

Movant, Phillip D. Kessack voluntarily withdrew from the Kentucky Bar Association while a member in good standing pursuant to SCR 3.480(1), on October 30, 1989.

Upon his motion for reinstatement pursuant to SCR 3.500, and upon his having met all necessary requirements and having paid all necessary fees, the Board of Governors of the Kentucky Bar Association has unanimously recommended that Movant's application for readmission be approved. We concur with the recommendation of the Board.

THEREFORE, IT IS HEREBY OR-DERED that, Phillip D. Kessack, be, and is hereby, readmitted to membership into the Kentucky Bar Association pursuant to SCR 3.500.

All concur.

ENTERED: June 23, 1994

/s/ Robert F. Stephens
CHIEF JUSTICE